IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DE-VAUNTE J. TAYLOR,<br><br>            Plaintiff,<br><br>vs.<br><br>JAMES E. HOLTMEYER,<br><br>            Defendant. | 4:14-CV-3127<br><br>ORDER |

    This matter is before the Court on its own motion. It has become apparent to the Court that there are practical limitations to conducting a jury trial with a *pro se* plaintiff appearing remotely that will, in the Court's view, unduly impose on the jurors and prejudice the parties in the presentation of their respective cases. Accordingly, the Court will continue the trial currently set to begin on August 18, 2015, so that other arrangements can be made.

    The Court will conduct a videoconference at 9:00 a.m. on August 18, 2015, to discuss with the parties how the case should progress and be tried. Issues to be addressed at the teleconference will include (1) whether the Court should order the plaintiff to be transported for trial, (2) whether counsel should be appointed to represent the plaintiff, (3) the place of trial, and (4) whether the parties still prefer to try the case to a jury.

    IT IS ORDERED:

1. The trial of this case set to begin on August 18, 2015, is continued.

2. A videoconference is set for 9:00 a.m. on August 18, 2015, in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The plaintiff shall appear by video, and counsel for the defendant shall be present in the courtroom.

3. The Department of Corrections is instructed to make Plaintiff available beginning on August 18, 2015 at 9:00 a.m. through the duration of the videoconference. The Department of Corrections is further instructed to

- 2 -

cooperate with the Court in allowing the plaintiff to appear via videoconference. The defendant's counsel shall serve a copy of this order on the Department of Corrections and file notice after service has been completed.

Dated this 13th day of August, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge