IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DE-VAUNTE J. TAYLOR,<br><br>            Plaintiff,<br><br>vs.<br><br>JAMES E. HOLTMEYER,<br><br>            Defendant. | 4:14-CV-3127<br><br><br>ORDER |

This matter is before the Court on the plaintiff's request for pre-approval to incur litigation expenses. The plaintiff's request will be granted.

The Amended Federal Practice Fund Plan and the Federal Practice Committee Plan (as adopted March 11, 2014) provides that when seeking prior authorization to incur expenses, counsel "must set forth the purposes for incurring the expenses, the estimated cost, the applicant's efforts to keep the cost as low as possible, and the applicant's efforts to obtain funds from other sources to pay the expenses." *Id.* at 6. And the Court, when approving an application for authorization to incur expenses, is required to file an authorization order "stating the maximum amount approved." Federal Practice Fund Plan, at 6.

The Court has reviewed the plaintiff's request, based on materials that were presented to the Court *ex parte* for *in camera* review. The Court finds that the claimant's purposes for incurring the expenses are appropriate. The Court is also satisfied that other funds are unavailable to pay these expenses, and that counsel will keep the cost as low as possible. Accordingly, the Court will grant the plaintiff's request.

IT IS ORDERED:

1. The plaintiff's request for pre-approval to incur further litigation expenses is granted.

2. Plaintiff's counsel is authorized to incur expenses related to the litigation, as set forth in the materials submitted to the Court *ex parte* for *in camera* review, not to exceed $6,400 absent further permission from the Court.

3. That $6,400 authorization shall not count against the $500 pre-authorized limit provided by the guidelines for appointed counsel regarding attorney expenses reimbursable from the Federal Practice Fund, and is in addition to expenditures previously authorized.

Dated this 2nd day of December, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge